XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1577
 Fax:  (415) 703-1234
 E-mail:  Patty.Li@doj.ca.gov
*Attorneys for Defendants Dean Grafilo and Michael Marion, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GRAFILO, et al.,**<br><br>Defendants. | 2:17-cv-02217-JAM-GGH<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:      The Hon. John A. Mendez<br>Action Filed:  October 23, 2017 |

Plaintiffs Pacific Coast Horseshoeing School, Inc., Bob Smith, and Esteban Narez ("Plaintiffs"), and Defendants Dean Grafilo, in his official capacity as Director of Consumer Affairs; and Michael Marion, in his official capacity as Chief of the Bureau for Private and Postsecondary Education ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on October 23, 2017, Plaintiffs filed their Complaint;

WHEREAS, on October 24, 2017, Plaintiffs served their Complaint and summons on Defendants;

//

WHEREAS, pursuant to stipulation (ECF No. 10), the last day to answer or otherwise respond to Plaintiff's Complaint currently is December 12, 2017;

WHEREAS, the Parties are engaged in settlement discussions and hope to resolve this matter forthwith;

WHEREAS, the Parties have agreed that Defendants' time to answer or otherwise respond to the Complaint shall be extended by 10 days from the stipulated filing deadline;

WHEREAS, one previous extension of time has been sought;

WHEREAS, the Court's Order Requiring Joint Status Report (ECF No. 3) provides that the Parties shall confer as required by Federal Rule of Civil Procedure 26(f) and prepare and submit a joint status report that includes the Federal Rule of Civil Procedure 26(f) discovery plan within sixty days of service of the Complaint, which is December 26, 2017;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

1. Defendants' last day to answer or otherwise respond to Plaintiffs' Complaint shall be no later than December 22, 2017.

2. The Parties shall confer as required by Federal Rule of Civil Procedure 26(f) and prepare and submit a joint status report that includes the Federal Rule of Civil Procedure 26(f) discovery plan by January 12, 2018.

Dated: December 6, 2017                    Respectfully submitted,

                                           XAVIER BECERRA
                                           Attorney General of California
                                           TAMAR PACHTER
                                           Supervising Deputy Attorney General


                                           _____*/s/ P. Patty Li*_____
                                           P. PATTY LI
                                           Deputy Attorney General
                                           *Attorneys for Defendants Dean Grafilo and Michael Marion, in their official capacities*

Dated:  December 6, 2017              INSTITUTE FOR JUSTICE


                                       */s/ Keith Diggs*
                                      KEITH DIGGS
                                      *Attorney for Plaintiffs*


HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**:

   Dated:   12/6/2017                         /s/ John A. Mendez

                                              Hon. John A. Mendez