INSTITUTE FOR JUSTICE
KEITH E. DIGGS*
PAUL V. AVELAR*
398 S. Mill Ave. #301
Tempe, AZ  85281
Telephone: (480) 557-8300
kdiggs@ij.org
pavelar@ij.org
*Admitted pro hac vice

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

XAVIER BECERRA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
P. PATTY LI (SBN 266937)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-3817
Patty.Li@doj.ca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY KIRCHMEYER, et al.,<br><br>Defendants. | No.  2:17–CV–02217–JAM–GGH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>Judge:  Hon. John A. Mendez<br>Action Remanded:  July 2, 2020 |

Plaintiffs Pacific Coast Horseshoeing School, Inc., Bob Smith, and Esteban Narez ("Plaintiffs"), and Defendants Kimberly Kirchmeyer, in her official capacity as Director of Consumer Affairs; and Michael Marion, in his official capacity as Chief of the Bureau for Private and Postsecondary Education ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 27, 2020, the Court entered a Pre-trial Scheduling Order in this matter (ECF No. 33, "Scheduling Order");

WHEREAS, under the Scheduling Order, the Parties are to disclose expert witnesses by March 21, 2021; disclose rebuttal expert witnesses by April 9, 2021; conclude all discovery by May 28, 2021; and file dispositive motions by July 13, 2021;

WHEREAS, the Parties have engaged in written discovery, but continue to meet and confer regarding the sufficiency of responses to written discovery and additional areas of discovery, including additional discovery necessary for the Parties to engage expert witness(es) and evaluate their respective claims, defenses, and positions;

WHEREAS, the Parties agree that it would be premature to make expert disclosures or file pretrial motions while the Parties continue to engage in good faith in the meet and confer described above;

WHEREAS, despite their diligent efforts, disruptions caused by the COVID-19 pandemic have made it more difficult for the Parties to comply with discovery obligations and conduct discovery; and

WHEREAS, the Parties agree that an extension to the discovery schedule in this matter is warranted, and that an extension of all deadlines by 12 weeks would not prejudice any of the Parties;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

1.     With the Court's approval, the Scheduling Order (ECF No. 33) shall be amended as set forth below.

2.     MOTION HEARINGS SCHEDULES: All dispositive motions shall be filed by **October 5, 2021**.  Hearing on such motions shall be set by the Court.

3.     DISCOVERY: All discovery shall be completed by **August 20, 2021**.

4.     DISCLOSURE OF EXPERT WITNESSES: The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **June 18, 2021.**  Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **July 20, 2021.**

1        5.    FINAL PRE-TRIAL CONFERENCE and TRIAL SETTING:  New dates for the final

2    pre-trial conference and jury trial in this matter shall be set by the Court.

3

4                                            Respectfully submitted,

     Dated:  March 3, 2021                      INSTITUTE FOR JUSTICE

5

6

7                                            */s/* Keith Diggs

                                             KEITH DIGGS

8                                            *Attorney for Plaintiffs*

9

     Dated:  March 3, 2021                      XAVIER BECERRA

10                                           Attorney General of California

                                             HEATHER B. HOESTEREY

11                                           Supervising Deputy Attorney General

12

13                                           */s/* P. Patty Li

14                                           P. PATTY LI

                                             Deputy Attorney General

15                                           *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD

CAUSE APPEARING, IT IS ORDERED THAT THE SCHEDULING ORDER (ECF NO. 33) IS

AMENDED AS FOLLOWS:

1.      MOTION HEARINGS SCHEDULES: All dispositive motions shall be filed by

**October 5, 2021.**  Hearing on such motions shall be on **November 16, 2021 at 1:30 PM**.

2.      DISCOVERY: All discovery shall be completed by **August 20, 2021**.

3.      DISCLOSURE OF EXPERT WITNESSES: The parties shall make expert witness

disclosures under Fed. R. Civ. P. 26(a)(2) by **June 18, 2021.**  Supplemental disclosure and

disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **July 20,**

**2021.**

4.      FINAL PRE-TRIAL CONFERENCE: The final pre-trial conference is set for

**January 7, 2022 at 11:00 AM**.

5.      TRIAL SETTING:  Jury trial in this matter is set for **February 14, 2022 at 9:00 AM**.


**IT IS SO ORDERED.**


DATED:  March 3, 2021                          /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE