Pacific Coast Horseshoeing School, Inc., et al.,
v.
Kimberly Kirchmeyer, et al.

Case No. 2:17–CV–02217–JAM–GGH

Declaration of Keith Diggs in Support of Plaintiffs'

Motion to Drop Plaintiff Esteban Narez

**EXHIBIT 1**

INSTITUTE FOR JUSTICE
KEITH E. DIGGS (*pro hac vice*)
PAUL V. AVELAR (*pro hac vice*)
398 S. Mill Ave. #301
Tempe, AZ 85281
Telephone: (480) 557-8300
kdiggs@ij.org
pavelar@ij.org

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,

Plaintiffs,

v.

KIMBERLY KIRCHMEYER, et al.,

Defendants.

No. 2:17–CV–02217–JAM–GGH

**DECLARATION OF KEITH DIGGS IN SUPPORT OF PLAINTIFFS' MOTIONS TO DROP ESTEBAN NAREZ AS A PARTY AND TO PROTECT HIM FROM PARTY DISCOVERY**

Keith Diggs states under penalty of perjury that the following is true:

1. I am an attorney with the Institute for Justice and represent Plaintiffs in this action. I respectfully submit this declaration under 28 U.S.C. § 1746, as Exhibit 1 in support of Plaintiffs' Motion to Drop Esteban Narez. This declaration also supports Plaintiffs' Motion for Protective Order Against Party Discovery to Withdrawing Plaintiff Esteban Narez, which will be filed concurrently.

2. Attached as Exhibit 2 in support of Plaintiffs' Motions is a true and correct copy of an email I sent to Defendants' counsel on March 23, 2021, communicating Esteban's wish to be dropped from the case.

3. Attached as Exhibit 3 in support of Plaintiffs' Motions is a true and correct copy of an email exchange between myself and Defendants' counsel, dated April 12–20, 2021, in which we discuss how to formalize Esteban's wish to be dropped from the case.

4. Attached as Exhibit 4 in support of Plaintiffs' Motions is a true and correct copy of Defendants' Notice of Deposition of Plaintiff Esteban Narez, dated April 19, 2021.

5. In 2017, Esteban joined Plaintiffs PCHS and Bob Smith in bringing this action against Defendants.

6. Esteban filed suit in order to take an 8-week class teaching horse shoeing at PCHS without having to first acquire a GED or prepare for and take an Ability-to-Benefit test. ECF. 1 (Compl.) ¶¶ 28, 72–81.

7. At the time, Esteban was working seven days per week to support himself and his family. *Id.* ¶ 78.

8. Esteban's circumstances have changed in the 3½ years since this action was filed.

9. Due to attorney–client privilege, I cannot discuss my communications with Esteban Narez in substantial depth.

10. In December of last year, Esteban stopped responding to my outreach about his discovery obligations.

11. Despite my efforts, Esteban has not signed any interrogatories or produced any documents in response to the discovery propounded by Defendants last November.

12. On March 4, 2021, the parties stipulated to (and were granted) an extension of the discovery schedule in light of Esteban's failure to cooperate with counsel. ECF 35.

13. In March, after multiple unreciprocated attempts to reestablish communication, Esteban told me that he was dealing with family health issues, had moved away from the address I had on file for him, and that he wanted to be dropped from the case.

14. I related Esteban's request to be dropped to Defendants' counsel by email on March 23, 2021. *See* Ex. 2.

15. As part of that email, I proposed a draft stipulation to drop Esteban from the lawsuit under Rule 21. *See* Ex. 2.

16. Defendants' counsel and I conferred by phone call on March 25 and agreed that Defendants would take time to consider Plaintiffs' draft stipulation.

17. Defendants' counsel and I again conferred by phone call on April 7. At that time, Defendants rejected the proposed stipulation and requested a further extension of the discovery schedule.

18. Defendants' counsel and I again conferred by telephone on April 14. *See* Ex. 3. At that time, Plaintiffs rejected Defendants' extension request and reiterated their intent to move to drop Esteban under Rule 21.

19. On April 19, 2021, Defendants noticed the party deposition of Esteban. Attached as Exhibit 4 in support of Plaintiffs' Motion is a true and correct copy of that notice.

20. I have forwarded Defendants' deposition notice to Esteban, but based on his recent noncooperation do not expect that he will appear at the noticed deposition. I have advised Esteban that he can be dismissed from the case for failing to appear.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2021.

_/s/ Keith Diggs_______________

Keith Diggs