Pacific Coast Horseshoeing School, Inc., et al.,
v.
Kimberly Kirchmeyer, et al.

Case No. 2:17–CV–02217–JAM–GGH

Email from Keith Diggs to Defendants' Counsel on March 23, 2021

**EXHIBIT 2**

**Keith Diggs**

| | |
|---|---|
| **From:** | Keith Diggs |
| **Sent:** | Tuesday, March 23, 2021 3:55 PM |
| **To:** | Patty Li |
| **Subject:** | PCHS: Esteban Narez withdrawing from case |
| **Attachments:** | Draft Stipulation to Drop Plaintiff Esteban Narez.docx |

Hi Patty,

I finally have an update about our client Esteban Narez. He responded to me last week and indicated that he wishes to be dropped from the case.

FRCP 21 appears to be the procedure for doing this. The rule contemplates a motion, but it seems easier under the local rules to file a stipulation—see attached. Would the State agree to this?

I'm about to head out, but I'm happy to talk tomorrow if you'd like. Hope all is well.

**Keith Diggs**
Attorney
INSTITUTE FOR JUSTICE | 398 S. MILL AVE., STE. 301
TEMPE, AZ 85281 | (480) 557-8300
kdiggs@ij.org