Pacific Coast Horseshoeing School, Inc., et al.,
v.
Kimberly Kirchmeyer, et al.

Case No. 2:17–CV–02217–JAM–GGH

Defendants' Notice of Deposition of Plaintiff Esteban Narez,

Dated April 19, 2021

**EXHIBIT 4**

MATTHEW RODRIQUEZ
Acting Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3817
Fax: (415) 703-1234
E-mail: Patty.Li@doj.ca.gov
*Attorneys for Defendants Kimberly Kirchmeyer and Michael Marion, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**KIMBERLY KIRCHMEYER, in her official capacity as Director of Consumer Affairs; and MICHAEL MARION, in his official capacity as Chief of the Bureau for Private Postsecondary Education,**<br><br>Defendants. | 2:17-cv-02217-JAM-GGH<br><br>**DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF ESTEBAN NAREZ**<br><br>Judge: The Hon. John A. Mendez<br>Action Filed: October 23, 2017 |

TO ALL PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Federal Rules of Civil Procedure 26 and 30, counsel for Defendants Kimberly Kirchmeyer, in her official capacity as Director of Consumer Affairs, and Michael Marion, in his official capacity as Chief of the Bureau for Private Postsecondary Education ("Defendants"), will take the deposition upon oral examination of Plaintiff Esteban Narez. The deposition will take place at the following time and location:

Date: May 19, 2021
Time: 9:30 a.m. Pacific Daylight Time
Location: Atkinson-Baker Court Reporters
770 L St #950
Sacramento, CA 95814

The deposition will be taken before a certified shorthand reporter authorized to administer oaths in the State of California; will be transcribed stenographically; will take place via videoconference; and may be recorded by audiovisual means. The deposition will continue for the duration of time allowed under the Federal Rules of Civil Procedure, as may be modified by agreement of the parties or by the Court upon the proper showing, and if not finished on May 19, 2021, will continue at a date and time that counsel for Defendants will schedule later.

Esteban Narez, who is a party to this action, is hereby requested and required, in accordance with Federal Rule of Civil Procedure 34, to produce at the time, date, and place set forth above the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the materials:

## DEFINITIONS

1. "**YOU**" and "**YOUR**" refer to Plaintiff Esteban Narez or anyone acting on his behalf, including but not limited to Esteban Narez's employees, agents, or associates.

2. "**ABILITY-TO-BENEFIT REQUIREMENT**" refers to the requirements regarding students lacking "a certificate of graduation from a school providing secondary education, or a recognized equivalent of that certificate" as set forth in California Education Code sections 94811 and 94904, and section 71770(a)(1) of title 5 of the California Code of Regulations.

3. "**BUREAU**" refers to the Bureau for Private and Postsecondary Education, which, except as specifically identified, includes its Chief, Michael Marion, and staff.

4. "**COMPLAINT**" means the Complaint filed on October 23, 2017, by Plaintiffs Pacific Coast Horseshoeing School, Inc., et al., in the United States District Court, Eastern District of California, Case No. 2:17-cv-02217-JAM-GGH, ECF No. 1.

5. "**DOCUMENT**" and "**DOCUMENTS**" are defined broadly to be given their full scope under Federal Rule of Procedure 34(a). These terms include written, graphic, or otherwise recorded material, including without limitation: books, calendars, charts, checks or check stubs,

diaries, disks, drafts, electronic records, e-mails, graphs, information in databases, instant messages, ledgers, letters, licenses, logs, memorandums, minutes, notes, papers, photographs, receipts, recordings, text messages, time sheets, videos, and voice messages.

6. The term "**RELATE TO**" or "**RELATED TO**" or "**RELATING TO**" shall mean in whole, or in part, evidencing, constituting, discussing, describing, reflecting, memorializing, containing, analyzing, studying, reporting on, commenting on, embodying, identifying, studying, reporting on, recommending, setting forth, concerning, dealing with, or in any way pertaining to.

7. The term "**IDENTIFY**" **OR** "**IDENTIFYING**" shall mean as to a **PERSON**, to state the **PERSON**'s full name, most recent known business address, most recent known telephone number, and, in the case of an individual, most recent known job title; as to a **DOCUMENT**, shall mean the title, date, author, and addressee(s) as shown on the **DOCUMENT**, and its most recent custodian of record.

8. The terms "**ALL**" and "**ANY**" both mean any and all.

9. "**PACIFIC COAST HORSESHOEING SCHOOL**" and "**PCHS**" refer to Plaintiff Pacific Coast Horseshoeing School, Inc. or anyone acting on its behalf, including but not limited to employees, agents, executives, officials, and members of the board of directors.

## <u>REQUESTS FOR PRODUCTION</u>

**REQUEST FOR PRODUCTION NO. 1:**

ALL DOCUMENTS RELATING TO YOUR communications and interactions with the BUREAU.

**REQUEST FOR PRODUCTION NO. 2:**

ALL DOCUMENTS RELATING TO YOUR communications and interactions with Plaintiff PACIFIC COAST HORSESHOEING SCHOOL, INC.

**REQUEST FOR PRODUCTION NO. 3:**

ALL DOCUMENTS RELATING TO YOUR communications and interactions with Plaintiff Bob Smith, also known as Robert Perry Smith, Jr.

**REQUEST FOR PRODUCTION NO. 4:**

ALL DOCUMENTS RELATING TO YOUR communications and interactions with Cassidy Robyn.

**REQUEST FOR PRODUCTION NO. 5:**

DOCUMENTS sufficient to establish YOUR educational, vocational, or professional achievements, including but not limited to degrees, certificates, licenses, or other credentials YOU have earned.

**REQUEST FOR PRODUCTION NO. 6:**

ALL DOCUMENTS RELATING TO ANY trial testimony, deposition testimony, report, declaration, affidavit, or statement that YOU have submitted in any legal proceeding, lawsuit, arbitration, or mediation.

**REQUEST FOR PRODUCTION NO. 7:**

ALL DOCUMENTS RELATING TO compliance or non-compliance with the ABILITY-TO-BENEFIT REQUIREMENT with respect to ANY application made by YOU to ANY private postsecondary school in California, including but not limited to ANY application made by YOU to PACIFIC COAST HORSESHOEING SCHOOL.

**REQUEST FOR PRODUCTION NO. 8:**

ALL DOCUMENTS RELATING TO YOUR ability to take a course of instruction offered by PACIFIC COAST HORSESHOEING SCHOOL, including but not limited to YOUR physical fitness to undertake such a course of instruction and YOUR ability to pay for such a course of instruction.

**REQUEST FOR PRODUCTION NO. 9:**

ALL DOCUMENTS RELATING TO YOUR ability to benefit from a course of instruction offered by PACIFIC COAST HORSESHOEING SCHOOL, including but not limited to YOUR ability to successfully complete such a course of instruction.

**REQUEST FOR PRODUCTION NO. 10:**

DOCUMENTS sufficient to show YOUR employment, paid or unpaid, from October 23, 2017, to present, including but not limited to DOCUMENTS sufficient to show job title, name and address of employer, and number of hours worked per week.

**REQUEST FOR PRODUCTION NO. 11:**

ALL DOCUMENTS RELATING TO YOUR interest in horseshoeing, including but not limited to YOUR efforts to learn about or receive instruction regarding horseshoeing from ANY instructor or school, and whether you presently intend to enroll in any horseshoeing course offered by PACIFIC COAST HORSESHOEING SCHOOL and/or Plaintiff Bob Smith, also known as Robert Perry Smith, Jr.

**REQUEST FOR PRODUCTION NO. 12:**

ALL DOCUMENTS RELATING TO complaints or allegations of fraud, misconduct, harassment, retaliation, or other grievances raised by YOU.

**REQUEST FOR PRODUCTION NO. 13:**

ALL DOCUMENTS RELATING TO YOUR interest in horseshoeing.

**REQUEST FOR PRODUCTION NO. 14:**

ALL DOCUMENTS RELATING TO YOUR interest in vocational training or self-employment.

**REQUEST FOR PRODUCTION NO. 15:**

ALL DOCUMENTS that support or RELATE TO the irreparable harm YOU suffered as alleged in the COMPLAINT.

**REQUEST FOR PRODUCTION NO. 16:**

ALL DOCUMENTS RELATED TO YOUR failure to comply with federal, state, or local laws, regulations, or rules applicable specifically to applicants to postsecondary educational institutions.

**REQUEST FOR PRODUCTION NO. 17:**

ALL DOCUMENTS RELATED TO citations, fines, criminal charges, or other charges of violating federal, state, or local laws, regulations, or rules that have been issued against YOU.

**REQUEST FOR PRODUCTION NO. 18:**

DOCUMENTS sufficient to show all lawsuits, small claim actions, arbitrations, prosecutions, or alternative dispute claims to which YOU were or are a party.

**REQUEST FOR PRODUCTION NO. 19:**

ALL DOCUMENTS that support or RELATE TO the allegations in the COMPLAINT.

Dated: April 19, 2021

Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
CHAD A. STEGEMAN
Deputy Attorney General

*/s/ P. Patty Li*

P. PATTY LI
Deputy Attorney General
*Attorneys for Defendants Kimberly Kirchmeyer and Michael Marion, in their official capacities*