**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,

Plaintiffs,

v.

KIMBERLY KIRCHMEYER, et al.,

Defendants.

No. 2:17–CV–02217–JAM–GGH

**[PROPOSED] ORDER**

District Judge: Hon. John A. Mendez

HAVING CONSIDERED PLAINTIFFS' MOTION, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT Plaintiff Esteban Narez is DISMISSED from the action under Fed. R. Civ. P. 21.

**IT IS SO ORDERED.**

Dated: ______________________ ______________________________

Hon. John A. Mendez