INSTITUTE FOR JUSTICE
KEITH E. DIGGS*
PAUL V. AVELAR*
398 S. Mill Ave. #301
Tempe, AZ 85281
Telephone: (480) 557-8300
kdiggs@ij.org
pavelar@ij.org
*Admitted pro hac vice

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
CHAD A. STEGEMAN (SBN 225745)
P. PATTY LI (SBN 266937)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3817
Patty.Li@doj.ca.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY KIRCHMEYER, et al.,<br><br>Defendants. | No. 2:17–CV–02217–JAM–GGH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>Judge: Hon. John A. Mendez<br>Action Remanded: July 2, 2020 |

Plaintiffs Pacific Coast Horseshoeing School, Inc., Bob Smith, and Esteban Narez ("Plaintiffs"), and Defendants Kimberly Kirchmeyer, in her official capacity as Director of Consumer Affairs; and Deborah Cochrane,[1] in her official capacity as Chief of the Bureau for Private Postsecondary Education ("Defendants," and collectively with Plaintiffs, the "Parties"),

---

[1] Deborah Cochrane succeeds former Chief of the Bureau for Private Postsecondary Education Michael Marion. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 27, 2020, the Court entered a Pre-trial Scheduling Order in this matter (ECF No. 33, "Scheduling Order");

WHEREAS, on March 3, 2021, the Court entered an order amending that Pre-trial Scheduling Order (ECF No. 35, "Amended Scheduling Order");

WHEREAS, under the Amended Scheduling Order, the Parties are to disclose expert witnesses by June 18, 2021; disclose rebuttal expert witnesses by July 20, 2021; conclude all discovery by August 20, 2021; and file dispositive motions by October 5, 2021;

WHEREAS, on April 28, 2021, Plaintiffs filed a Motion to Drop Plaintiff Esteban Narez under Federal Rule of Civil Procedure 21 ("Rule 21 Motion"), which is noticed for a hearing on June 8, 2021, and Defendants intend to oppose the Rule 21 Motion;

WHEREAS, Defendants seek to take the deposition of plaintiff Esteban Narez and on April 28, 2021, Plaintiffs filed a Motion for Protective Order Against Party Discovery to Withdrawing Plaintiff Esteban Narez, which is noticed for a hearing on June 9, 2021;

WHEREAS, the Parties agree that resolution of Plaintiffs' Rule 21 Motion and Motion for Protective Order could impact discovery, including the nature and timing of written discovery, depositions, third-party discovery, and expert disclosures;

WHEREAS, the Parties agree that an extension to the discovery schedule in this matter is warranted, and that an extension of all deadlines by 8 weeks would not prejudice any of the Parties;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

1. With the Court's approval, the Amended Scheduling Order (ECF No. 35) shall be further amended as set forth below.

2. MOTION HEARINGS SCHEDULES: All dispositive motions shall be filed by **November 30, 2021**. Hearing on such motions shall be set by the Court.

3. DISCOVERY: All discovery shall be completed by **October 15, 2021**.

4. DISCLOSURE OF EXPERT WITNESSES: The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **August 13, 2021.** Supplemental disclosure and

disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **September 14, 2021.**

    5.    FINAL PRE-TRIAL CONFERENCE and TRIAL SETTING: New dates for the final pre-trial conference and jury trial in this matter shall be set by the Court.

Respectfully submitted,

Dated: April 30, 2021　　　　　　　　　　INSTITUTE FOR JUSTICE

*/s/* Keith Diggs
KEITH DIGGS
*Attorney for Plaintiffs*

Dated: April 30, 2021　　　　　　　　　　ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
CHAD A. STEGEMAN
Deputy Attorney General

*/s/* P. Patty Li
P. PATTY LI
Deputy Attorney General
*Attorneys for Defendants*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD |
| 3 | CAUSE APPEARING, IT IS ORDERED THAT THE AMENDED SCHEDULING ORDER |
| 4 | (ECF NO. 35) IS FURTHER AMENDED AS FOLLOWS: |
| 5 | 1. MOTION HEARINGS SCHEDULES: All dispositive motions shall be filed by |
| 6 | **November 30, 2021**. Hearing on such motions shall be on **January 11, 2022 at 1:30 PM**. |
| 7 | 2. DISCOVERY: All discovery shall be completed by **October 15, 2021**. |
| 8 | 3. DISCLOSURE OF EXPERT WITNESSES: The parties shall make expert witness |
| 9 | disclosures under Fed. R. Civ. P. 26(a)(2) by **August 13, 2021.** Supplemental disclosure and |
| 10 | disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **September** |
| 11 | **14, 2021.** |
| 12 | 4. FINAL PRE-TRIAL CONFERENCE: The final pre-trial conference is set for **March** |
| 13 | **4, 2022 at 10:00 AM**. |
| 14 | 5. TRIAL SETTING: Jury trial in this matter is set for **April 25, 2022 at 9:00 AM**. |
| 16 | **IT IS SO ORDERED.** |
| 19 | DATED: May 3, 2021        /s/ John A. Mendez |
| 20 |                                              THE HONORABLE JOHN A. MENDEZ |
|    |                                              UNITED STATES DISTRICT COURT JUDGE |