INSTITUTE FOR JUSTICE
KEITH E. DIGGS (*pro hac vice*)
PAUL V. AVELAR (*pro hac vice*)
398 S. Mill Ave. #301
Tempe, AZ  85281
Telephone: (480) 557-8300
kdiggs@ij.org
pavelar@ij.org

INSTITUTE FOR JUSTICE
SAMUEL B. GEDGE (*pro hac vice*)
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
sgedge@ij.org

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Attorneys for Plaintiffs*

ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-3817
Fax: (415) 703-1234
E-mail: Patty.Li@doj.ca.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIMBERLY KIRCHMEYER, et al.,<br><br>    Defendants. | No.  2:17–CV–02217–JAM–GGH<br><br>**STIPULATION SHORTENING TIME TO HEAR MOTION OF ATTORNEYS AT THE INSTITUTE FOR JUSTICE AND BENBROOK LAW GROUP, P.C., TO WITHDRAW AS COUNSEL FOR PLAINTIFF ESTEBAN NAREZ; ORDER**<br><br>Judge:  Hon. John A. Mendez<br>Action Remanded:  July 2, 2020<br>Current Hearing Date: September 28, 2021. |

**JOINT STIPULATION**

1  WHEREAS, Plaintiff Esteban Narez has not responded to Defendants' written-discovery
2  requests;

3  WHEREAS, the Court on June 22, 2021, ordered Plaintiff Narez to disclose his current
4  address to Defendants by June 29, 2021, and appear for his party deposition on July 28, 2021
5  (ECF 48, June 22, 2021);

6  WHEREAS, the Court on June 29, 2021, denied Plaintiff Narez's motion to be dropped as
7  a plaintiff in this case (ECF 49, June 29, 2021);

8  WHEREAS, Plaintiffs' counsel contend that they have made diligent efforts to secure
9  Plaintiff Narez's compliance with the Court's June 22, 2021 order and with his discovery
10 obligations;

11 WHEREAS, Plaintiffs' counsel contend that they have been unable to secure Plaintiff
12 Narez's compliance with the Court's June 22, 2021 order and with his discovery obligations and
13 believe that they will continue to be unable to secure Plaintiff Narez's compliance;

14 WHEREAS, Plaintiffs' counsel moved to withdraw as counsel for Plaintiff Narez on July
15 12, 2021 (ECF 51) ("Motion");

16 WHEREAS, the Motion is currently scheduled to be heard on September 28, 2021, at 1:30
17 P.M., before the Honorable John A. Mendez in Courtroom 6 of this Court;

18 WHEREAS, since filing the Motion, Plaintiffs' counsel contend that they have continued
19 making diligent efforts to secure Plaintiff Narez's compliance with the Court's June 22, 2021
20 order, including trying to secure Plaintiff Narez's appearance at the July 28, 2021 deposition;

21 WHEREAS—and without disclosing attorney-client communications—Plaintiffs' counsel
22 state that they continue to be unable to secure Plaintiff Narez's compliance with the Court's June
23 22, 2021 order and with his discovery obligations;

24 WHEREAS, Plaintiffs' counsel maintain that, given their inability to secure Plaintiff
25 Narez's compliance with the Court's June 22, 2021 order and ongoing discovery obligations,
26 there is a reasonable likelihood of further motion practice concerning Plaintiff Narez's discovery
27 obligations between now and September 28, 2021, the current hearing date set for the Motion;
28 WHEREAS, given their inability to effectively represent Plaintiff Narez (as detailed in the

Motion), Plaintiffs' counsel maintain that the just, speedy, and inexpensive determination of the action would be best served by resolving the Motion before substantial additional motion practice concerning Plaintiff Narez's discovery obligations takes place;

WHEREAS, Defendants' counsel state that they do not believe the Motion requires the Court's expedited consideration but that they are available to appear for a hearing on August 31, 2021, if the Court determines that expedited consideration is warranted; and

WHEREAS, Plaintiffs' counsel will serve this stipulation and any resulting order on Plaintiff Esteban Narez by mail to his last-known address and by text message to his last-known phone number.

NOW THEREFORE, it is hereby stipulated and requested that the Court issue an order advancing the hearing on the Motion to August 31, 2021, at 1:30 P.M., or as soon thereafter as the matter may be heard by the Court and that responses and replies to the Motion, if any, shall be filed consistent with the deadlines set by Local Rule 230(c) and (d).

Respectfully submitted,

Dated: July 26, 2021.   INSTITUTE FOR JUSTICE

/s/ Samuel B. Gedge

SAMUEL B. GEDGE
*Attorney for Plaintiffs*

Dated: July 26, 2021.   ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General

/s/ P. Patty Li

CHAD A. STEGEMAN
Deputy Attorney General
P. PATTY LI
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties, the Motion of Attorneys at the Institute for Justice and Benbrook Law Group, P.C., to Withdraw as Counsel for Plaintiff Esteban Narez will be heard on shortened time. Any opposition to the motion must be filed by August 17, 2021. Any reply in support of the motion must be filed by August 24, 2021. The motion will be heard on August 31, 2021, at 11:30 A.M.

**IT IS SO ORDERED.**

Dated:  July 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE