Rob Bonta
Attorney General of California
Paul Stein
Supervising Deputy Attorney General
P. Patty Li, State Bar No. 266937
Chad A. Stegeman, State Bar No. 225745
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3624
  Fax:  (415) 703-1234
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants Kimberly Kirchmeyer and Deborah Cochrane, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY KIRCHMEYER, in her official capacity as Director of Consumer Affairs; and DEBORAH COCHRANE, in her official capacity as Chief of the Bureau for Private and Postsecondary Education,**<br><br>Defendants. | 2:17-cv-02217-JAM-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Action Filed: October 23, 2017 |

    Pro se plaintiff Esteban Narez and defendants Kimberly Kirchmeyer and Deborah Cochrane through their counsel (Defendants), stipulate as follows:

    WHEREAS, this case involves a challenge to California's ability-to-benefit requirement, codified at California Education Code § 94904(a) and Cal. Code Regs., tit. 5, § 71770(a)(1);

WHEREAS, in September 2021 the California Assembly passed and the California Governor signed into law Senate Bill 607;

WHEREAS, Senate Bill 607 repeals California Education Code § 94904, the statute codifying California's ability-to-benefit requirement;

WHEREAS, Senate Bill 607 will take effect on January 1, 2022;

WHEREAS, Plaintiffs Pacific Coast Horseshoeing School and Bob Smith dismissed their claims with the Court's approval (*see* Order, ECF No. 67) and Plaintiff Narez is the sole remaining plaintiff in this action;

WHEREAS, Plaintiff Narez no longer wishes to pursue this action, and wishes to dismiss this action;

NOW THEREFORE, based on the foregoing recitals, Plaintiff Narez and the Defendants stipulate and agree that the claims of Plaintiff Narez in this action shall be dismissed with prejudice.  The respective parties shall bear their own fees and costs.

**SO STIPULATED.**

Dated:  December 9, 2021    /s/ Esteban Narez (as authorized by e-mail on December 8, 2021)
Esteban Narez
*Plaintiff Pro Se*

Dated:  December 9, 2021    ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

/s/ Chad A. Stegeman
Chad A. Stegeman
Deputy Attorney General
*Attorneys for Defendants Kimberly Kirchmeyer and Deborah Cochrane, in their official capacities*

**IT IS SO ORDERED.**

Dated:  December 9, 2021    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE