| | |
|---|---|
| INSTITUTE FOR JUSTICE<br>KEITH E. DIGGS (*pro hac vice*)<br>PAUL V. AVELAR (*pro hac vice*)<br>398 S. Mill Ave. #301<br>Tempe, AZ  85281<br>Telephone: (480) 557-8300<br>kdiggs@ij.org<br>pavelar@ij.org<br><br>INSTITUTE FOR JUSTICE<br>SAMUEL B. GEDGE (*pro hac vice*)<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Telephone: (703) 682-9320<br>sgedge@ij.org<br><br>BENBROOK LAW GROUP, P.C.<br>BRADLEY A. BENBROOK (SBN 177786)<br>STEPHEN M. DUVERNAY (SBN 250957)<br>400 Capitol Mall, Suite 1610<br>Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com<br>steve@benbrooklawgroup.com<br><br>*Attorneys for Plaintiffs Pacific Coast Horseshoeing School and Bob Smith* | ROB BONTA<br>Attorney General of California<br>PAUL STEIN<br>Supervising Deputy Attorney General<br>CHAD A. STEGEMAN, State Bar No. 225745<br>Deputy Attorney General<br>P. PATTY LI, State Bar No. 266937<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone: (415) 510-3817<br>Fax: (415) 703-1234<br>E-mail: Patty.Li@doj.ca.gov<br><br>*Attorneys for Defendants* |

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST HORSESHOEING SCHOOL, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KIMBERLY KIRCHMEYER, et al.,<br><br>          Defendants. | No.  2:17–CV–02217–JAM–JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Judge:  Hon. John A. Mendez<br><br>Action Remanded:  July 2, 2020 |

In accordance with the terms of the Stipulation and Order of Settlement entered in this action (Dkt. No. 67), the terms of which are incorporated into this Stipulation and Order of

Dismissal, Plaintiffs Pacific Coast Horseshoeing School, Inc. and Bob Smith, on the one hand, and Defendants Kimberly Kirchmeyer and Deborah Cochrane, on the other, respectfully submit this Stipulation and Order of Dismissal to the Court for entry and approval.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, and ORDERED that upon the Court's entry of this order, the claims of Plaintiffs Pacific Coast Horseshoeing School, Inc. and Bob Smith in this action shall be dismissed without prejudice, with each party to this action to bear its own fees and costs.

Respectfully submitted,

Dated:  December 20, 2021.   INSTITUTE FOR JUSTICE

/s/ Samuel B. Gedge

SAMUEL B. GEDGE
*Attorney for Plaintiffs Pacific Coast Horseshoeing School and Bob Smith*

Dated:  December 20, 2021.   ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

/s/ Chad A. Stegeman (as authorized on Dec. 20, 2021)

CHAD A. STEGEMAN
Deputy Attorney General
P. PATTY LI
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED**, and the claims of Plaintiffs Pacific Coast Horseshoeing School, Inc. and Bob Smith are dismissed without prejudice, with each party to this action to bear its own fees and costs.

Dated:  December 20, 2021   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE